THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING COHEN, Appellant.— Judgment of conviction of the County Court of Queens county reversed on the law and the facts and a new trial ordered, on the grounds stated in *People* v. *Sachs* (*post*, p. 608), decided herewith, except that the testimony

with reference to the initial on the revolver was not given in this case. Lazansky, P. J., and Tompkins, J., concur; Davis, J., concurs for reversal on the grounds stated in his memorandum in *People* v. *Sachs* (*post*, p. 608), decided herewith; Young and Hagarty, JJ., dissent and vote to affirm.